UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEP BOYS MANNY MOE AND JACK OF CALIFORNIA,<br><br>　　　　Defendant. | No. 2:19-cv-01370 CKD<br><br><br>ORDER |

On November 20, 2019 this matter was transferred to the undersigned for all purposes (ECF No. 8). The deadline for the parties' joint report contained in the present Order Requiring Service of Process and Joint Status Report (ECF No. 3) has passed. Accordingly, the parties are instructed to meet and confer as required by Fed R. Civ. P. 26(f) and submit to the court a joint status report as outlined in the court's previous order (ECF No. 3) **within 30 days** of this order.

The court, upon review of the joint status report, may issue a scheduling order incorporating the suggestions of counsel as contained in the joint status report, or may set a status conference.

///

///

///

1

Dated: November 22, 2019

IT IS SO ORDERED

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.hops.1380